

Case Number: LACV223802     Case Title: LIEBER CONSTRUCTION INC V. HAUSMANN CONSTRUCTION

Opened: 06-25-2025

County: Woodbury

Case Type: CONTRACT/COMMERICAL - OTHER     Judge:

Prayer Amount: $.00

➕ Show/Hide Participants

| File Date | Docket # | Case History |
|---|---|---|
| 06-25-2025 01:18:00 PM<br>Plaintiff | D0001 | PETITION FILED: PETITION<br>Filed by: KATHERINE REHAN |
| 06-25-2025 01:18:00 PM<br>Plaintiff | D0002 | CIVIL ORIGINAL NOTICE<br>Filed by: KATHERINE REHAN |



EXHIBIT
A